Samuel Grossman, assignee of Chandler Lumber Company, appellant, v. Henry E. Johnson et al., appellees.' Gen. No. 25,612.

Creditor's bill. Dismissèd. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Max M. Grossman, for appellant. John E. Erickson, for appellees; John B. Dandridge, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Cherubini Jacobucci, appellant, v. Guggenheim Brothers and John Norbet, appellees. Gen. No. 25,627.

Action to recover damages for malicious prosecution. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Samuel B. Hill, for appellant. Levinson & Hoffman, for appellees; Ludwig Loewenstein, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Edward R. Gardner for use of Estelle Gardner, appellee, v. Kinney-Rome Company, appellant. Gen. No. 25,643.

Garnishment proceedings. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Ivor Jeffreys, for appellant. John W. Morsbach, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Laura McNeal, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 25,651.

Action for personal injuries sustained while alighting from street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Harry P. Weber, George W. Miller and Arthur J. Donovan, for appellants; John R. Guilliams and George Gorman, of counsel. Edward J. Green, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Chicago & Alton Railroad Company, appellee, v. Chicago Bonding & Insurance Company, appellant. Gen. No. 25,667.

Action on a schedule bond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Winston, Strawn & Shaw, for appellee; Walter H. Jacobs and George A. Kelly, of counsel.

Mr. Justice Gridley delivered the opinion of the court.